UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HERBERTIA WILLIAMS, :
:
    Plaintiff, :
:
v. :
: CASE NO. 3:06CV1999(AWT)
BOARD OF TRUSTEES FOR THE :
UNIVERSITY OF CONNECTICUT, ET :
AL., :
:
    Defendants. :

**ORDER**

Pending before the court are the plaintiff's Emergency Motion to Compel Disclosure of Unredacted Affidavit of Defendant Mark Wentzel (doc. #50) and the plaintiff's Motion for Extension of Time to Respond to Defendants' Joint Motion for Protective Order (doc. #56).

The defendants incorrectly submitted the affidavit of Mark Wentzel to the court *ex parte* without seeking leave to do so, while filing a highly redacted version in support of their Motion for Protective Order.

The undersigned has not reviewed or opened the defendants' *ex parte* submission, and will not consider it in ruling upon the defendants' pending Motion for Protective Order. The *ex parte* submission shall be returned to defendant Wentzel's counsel.

If the defendants still seek to rely upon the affidavit, they may either file the unredacted affidavit as a supplement to their Motion for Protective Order, or they may move for a sealing

order or *in camera* review of the affidavit in compliance with the recently revised Local Rule 5(e). That rule sets forth detailed procedural guidelines for sealing motions and permits a sealing order only upon "particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." D. Conn. L. Civ. R. 5(e)(3). The defendants shall file all submissions relating to their Motion for Protective Order on or before **February 13, 2008**.

Insofar as the plaintiff's motion seeks disclosure of the unredacted affidavit, it is denied without prejudice.

The plaintiff's Motion for Extension of Time to Respond to Defendants' Joint Motion for Protective Order (doc. #56) is granted in part. The plaintiff's opposition to the Motion for Protective Order shall be filed on or before **March 5, 2008.**

SO ORDERED at Hartford, Connecticut this 7th day of February, 2008.

                                              /s/
                                      Donna F. Martinez
                                      United States Magistrate Judge